UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01088-MSK-CBS

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ICON WORLD CORPORATION (dba
    ICON WORLD RESOURCES and
    ICON CORPORATION)
SUNCO RESOURCES, LLC,
JEFFREY M. ZAMORSKY,
JESSE ANTHONY "TONY" AGUILAR, and
CHRISTINE M. ZAMORSKY (aka CHRISTINE M. AGUILAR),

Defendants.
_____

**ORDER VACATING DEFAULT AND DIRECTING
RESPONSE TO PRELIMINARY INJUNCTION MOTION**
_____

      **THIS MATTER** comes before the Court *sua sponte*.

      Having considered the docket, pleadings, and proceedings of May 28, 2008, the Court finds that noting the default of Defendants Jesse Aguilar and Sunco Resources on May 28, 2008 was improvident. The Court notes that its Temporary Restraining Order **(# 8)** did not specify a date prior to May 28, 2008 by which the Defendants were required to respond to the Preliminary Injunction Motion. As a result, it is possible that Defendants Aguilar and Sunco Resources intended by their non-appearance at the hearing on May 28, 2008 to simply to default as those matters contemplated by the non-evidentiary hearing, but to otherwise timely opppose the Preliminary Injunction Motion within the period contemplated by D.C. Colo. L. Civ. R. 7.1(C).

1

Accordingly, the Court **VACATES** that portion of its oral order of May 28, 2008 that finds Defendants Aguilar and Sunco Resources in default as to the Preliminary Injunction Motion. Defendants Aguilar and Sunco Resources shall file a response to the Preliminary Injunction Motion on or before **June 5, 2008**. If no timely response is filed, the Court may grant the Preliminary Injunction Motion in its entirety as defaulted. The Plaintiff shall promptly serve a copy of this Order on Defendants Aguilar and Sunco Resources pursuant to Fed. R. Civ. P. 5.

Dated this 28th day of May, 2008

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge