IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01088-MSK-CBS

UNITED STATES SECURITIES AND EXCHANGE COMMISSION.

    Plaintiff,

v.

ICON WORLD CORPORATION (d/b/a ICON WORLD RESOURCES and ICON CORPORATION),
SUNCO RESOURCES, LLC,
JEFFREY M. ZAMORSKY,
JESSE ANTHONY "TONY" AGUILAR, and
CHRISTINE M. ZAMORSKY (a/k/a CHRISTINE M. AGUILAR),

    Defendants.

---

## ENTRY OF DEFAULT

---

It appearing from the file in this office that a return of service was filed showing service on the defendant Jesse Anthony "Tony" Aguilar on May 23, 2008, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Fed.R.Civ.P. 55(a).

DATED: July 11, 2008.

                                    GREGORY C. LANGHAM, CLERK

                              By:   s/Edward P. Butler
                                      Edward P. Butler, Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 11, 2008, I mailed a copy of the Entry of Default using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

**Jesse Anthony Aguilar**
1722 Ebony Lane
Houston, TX 77018

GREGORY C. LANGHAM, CLERK

By:   s/ Patricia Pirner
       Deputy Clerk