IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01088-MSK-CBS

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ICON WORLD CORPORATION (dba ICON WORLD RESOURCES and ICON CORPORATION),
SUNCO RESOURCES, LLC,
JEFFREY M. ZAMORSKY,
JESSE ANTHONY "TONY" AGUILAR, and
CHRISTINE M. ZAMORSKY (aka CHRISTINE M. AGUILAR),

    Defendants.

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant Jeffrey M. Zamorsky on June 4, 2008, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Fed.R.Civ.P. 55(a).

DATED: August 14, 2008.

                                            GREGORY C. LANGHAM, CLERK

                                        By:   s/ Edward P. Butler
                                                 Edward P. Butler, Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 14, 2008, I mailed a copy of the Entry of Default using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

**Jeffrey M. Zamorsky**
21292 E. Pummelos Road,
Queen Creek, AZ 85242

**Jeffrey M. Zamorsky**
20266 E. Via Del Rancho
Queen Creek, AZ 85242

**Jeffrey M. Zamorsky**
1335 Galactic Place
Castle Rock, CO 80108

**Jeffrey M. Zamorsky**
2838 E. Clark Drive
Gilbert, AZ 85297

**Jeffrey M. Zamorsky**
1478 Kyrsten Terrace
Alpine, CA 91901

GREGORY C. LANGHAM, CLERK

By: s/ Patricia Pirner
    Deputy Clerk